IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JERRY WILLIAMS, | * |
| Plaintiff, | * |
| vs. | *   No. 4:15CV00654 SWW |
| UNION PACIFIC RAILROAD COMPANY, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this complaint be and is hereby dismissed with prejudice.

DATED this 21st day of December, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE